**Dismissed and Memorandum Opinion filed July 29, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00422-CV

**MICHAEL OKPAMEN AND AMAZING GRACE HEALTHCARE SERVICES, INC., Appellants**

**V.**

**DANIEL OSUAGWU, CATHERINE OSUAGWU, LARRY EWEKA AND LUCKY HEALTH CARE SERVICES, INC., Appellees**

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2011-67278**

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from a judgment signed January 27, 2014. Appellants filed a timely motion for new trial on February 26, 2014. Appellants' notice of appeal was filed May 30, 2014.

When appellants have filed a timely post-judgment motion, the notice of appeal must be filed within 90 days after the date the judgment is signed. *See* Tex. R. App. P. 26.1(a).

Appellants' notice of appeal was not filed timely. A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1, but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (1997) (construing the predecessor to Rule 26). Appellants' notice of appeal was not filed within the fifteen-day period provided by Rule 26.3

On July 1, 2014, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellants' response fails to demonstrate that this court has jurisdiction to entertain the appeal.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Busby, and Wise.